IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AIR CONDITIONING TRADE
ASSOCIATION, et al.,

      Plaintiffs,   No. CIV S-12-0132 KJM DAD

  vs.

CHRISTINE BAKER, et al.,

      Defendants.   ORDER
_____/

      Upon further consideration, the undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: September 7, 2012.

_____
UNITED STATES DISTRICT JUDGE