IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AIR CONDITIONING TRADE ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CHRISTINE BAKER, et al.,**<br><br>Defendants.<br><br>**STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO,**<br><br>Defendant-Intervenor. | Case No. 2:12-cv-00132-JAM-DAD<br><br>**SECOND AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER** |

This Court having reviewed the Parties' Joint Mid-Litigation Statement and Stipulation to Further Amend Status (Pre-trial Scheduling) Order, and good cause appearing therefore, the September 11, 2012, Amended Status (Pre-trial Scheduling) Order is hereby amended as follows:

    1.    Hearing on Defendants' motion for judgment on the pleadings is set for January 23, 2013, at 9:30 a.m., in courtroom 6.

2.   All dispositive motions shall be filed by April 17, 2013.  Hearing on such motions shall be on May 15, 2013, at 9:30 a.m., in courtroom 6.

3.   The Parties are reminded of the notice requirements as outlined in Local Rule 230(b).

4.   All discovery, but for depositions of and motions relating to expert witnesses, shall be completed by January 14, 2013.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary, and, where discovery has been ordered, the order has been complied with.

5.   The Parties shall make supplemental expert witness disclosure and disclosure of any rebuttal experts under Federal Rule of Civil procedure 26(a)(2)(c) by November 26, 2012.  All depositions of and motions relating to expert witnesses shall be completed, as defined in paragraph 4, *supra*, by March 15, 2013.

Except as expressly amended in the foregoing paragraphs, the Amended Status (Pre-trial Scheduling) Order remains in full force and effect.

Dated:  November 8, 2012            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE