TIMOTHY SANDEFUR, No. 224436
E-mail: tms@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorney for Plaintiffs
Air Conditioning Trade Association, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR CONDITIONING TRADE ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE BAKER, et al.,<br><br>Defendants,<br><br>and<br><br>STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO,<br><br>Intervenor-Defendant. | No. 2:12-cv-00132-KJM-DAD<br><br>**STIPULATION AND ORDER AGREEING TO VOLUNTARY DISMISSAL OF CLAIMS**<br><br>Trial:   August 26, 2013 |

Stip. & Prop. Order
No. 2:12-cv-00132-KJM-DAD

1 | Pursuant to Federal Rule of Civil Procedure 41, all parties and intervenors in the above-entitled case stipulate and request that the Court dismiss AIR CONDITIONING TRADE ASSOCIATION and ACTA TRAINING TRUST INC.'S current claims with prejudice.

Each side shall bear its own costs.

Respectfully submitted,

IT IS SO STIPULATED.

TIMOTHY SANDEFUR
Pacific Legal Foundation

DATED: December 21, 2012.          By     /s/ TIMOTHY SANDEFUR
                                              TIMOTHY SANDEFUR

Attorneys for Plaintiffs

KATHERINE ZALEWSKI
STEVEN McGINTY
FRED LONSDALE
GARY O'MARA
State of California
Department of Industrial Relations

DATED: December 21, 2012.          By     /s/ FRED LONSDALE
                                              FRED LONSDALE

Attorney for Defendants Baker & Ravnik

KAMALA D. HARRIS
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General

DATED: December 21, 2012.          By     /s/ JILL BOWERS
                                              JILL BOWERS
Deputy Attorney General
Attorney for Defendants Bechthold, etc.

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

Stip. & Prop. Order
No. 2:12-cv-00132-KJM-DAD        - 1 -

|  |  |
|---|---|
| | SCOTT A. KRONLAND |
| | RACHEL J. ZWILLINGER |
| | Altshuler Berzon LLP |
| DATED: December 21, 2012. | By   /s/ SCOTT A. KRONLAND |
| | SCOTT A. KRONLAND |
| | Attorney for Intervenor |
| | State Building and Construction Trades Council of California, AFL-CIO |

IT IS SO ORDERED.

DATED:   12/21/2012               /s/ John A. Mendez
                                  THE HON. JOHN A. MENDEZ
                                  Judge of the United States District Court

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

Stip. & Prop. Order
No. 2:12-cv-00132-KJM-DAD        - 2 -